```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

RICHARD WALKER, etc.,

       Plaintiff,

v.                              CASE NO. 3:09-cv-80-J-34HTS

JOHN STUMPF, President;
DICK KOVACEVICH, Executive
Officer; WELLS FARGO &
COMPANY, etc.,

       Defendants.

## REPORT AND RECOMMENDATION[1]

On January 29, 2009, Plaintiff filed his complaint (Doc. #1; Complaint) and Affidavit of Indigency (Doc. #2). Having "determined the suit may be subject to dismissal[,]" Order (Doc. #5; Order), entered on February 11, 2009, at 1, the Court provided Plaintiff with an opportunity to file an amended complaint. *Id.* at 5-6. Mr. Walker was cautioned that failure to do so on or before February 25, 2009, might "result in a recommendation that this action be dismissed for lack of prosecution[.]" *Id.* at 6. Plaintiff failed to amend the Complaint, and on February 27, 2009, the Court entered an Order (Doc. #6; Order to Show Cause) directing

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

him "to show cause within ten (10) days . . . why it should not be recommended this case be dismissed for failure to prosecute." *Id*. (capitalization and emphasis omitted). As of this date, Plaintiff has not responded to either the Order or the Order to Show Cause.

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 20th day of March, 2009.

/s/ Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of record
    and pro se parties, if any